AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JESSE ANDERSON,

    Petitioner,

v.

WARDEN DOE LCC, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00538-MMD-WGC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed.
**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

October 19, 2016                                                              **LANCE S. WILSON**
                                                                                                Clerk

                                                                                              /s/ K. Rusin
                                                                                              Deputy Clerk